02/28/2014 13:00 FAX ☑002/003

# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/26/2015 1:33:27 PM
CATHY S. LUSK
Clerk

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

Court of Appeals No. (If known): **12** - **14** - **00266** **CR** - _____

Trial Court Style: The State of Texas vs. Raymond Smith Jr.

Trial Court & County: Angelina County, Texas          Trial Court No.: 2014-0261

Date Trial Clerk's Record Originally Due: 11-14-2014

Date Court Reporter's/Recorder's Record Originally Due: 11-31-2014

Anticipated Number of Pages of Record: 1,000

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:   (Check all that apply - attach additional pages if necessary.)

☐   to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either ✔ the required fee or to make arrangements to pay the fee for preparing the record.

☐   my duties listed below preclude working on this record;

☒   Other. (Explain.): Had a hearing on this again April 2015 to see if this is still on appeal and since that time I've been in a 3 week trial and working on other appeals and transcripts and haven't had time to work

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by ___6/13/15___ and I hereby request an additional __45__ days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

5-26-15
_____
Date

Signature *W. Madison-Lindsey*

936-671-4078
_____
Office Phone Number

Printed Name   Whitney Madison -Lindsey

wmadison-lindsey@angelinacounty.net
_____
E-mail Address (if available)

Official Title  Official Court Reporter

Trial Clerk's/Court Reporter's Request for Ext/12ᵗʰ CA-CsL/Tyler/12-3-97/Rev.5-3-2001
TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

*Certificate requirements.* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for APPELLANT(S):                    Lead Counsel for APPELLEE(S):


Name: April Ayers-Perez                            Name:

Address: P.O. Box 908                              Address:

Lufkin, Texas 75902

Phone no.: 936-632-5090                            Phone no.:

Attorney for: State of Texas                       Attorney for:


Lead Counsel for APPELLANT(S):                     Lead Counsel for APPELLEE(S):

Name: John Henry Tatum                             Name:

Address: 111 N. Second St.                         Address:

Lufkin, Texas

Phone no.: 936-634-5594                            Phone no.:

Attorney for: Raymond Smith Jr                     Attorney for:


Additional                    information,                    if                    any: